IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANGELA FLETCHER, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 03-CV-857-WDS |
| | ) | |
| STATE OF ILLINOIS, ILLINOIS | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: January 24, 2007.**

                                                        **s/ WILLIAM D. STIEHL**
                                                           DISTRICT JUDGE

Case reassigned to United States District Judge G. Patrick Murphy. All future pleadings shall bear Case No. 03-857-GPM.